# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D18-4567

———————————————————

BERNARDO OCHOA,

    Appellant,

v.

CAPT. KENNETH E. STEPHENS,

    Appellee.

———————————————————

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

April 29, 2019

PER CURIAM.

    In light of Appellee's confession of error, we reverse the order on appeal and remand to the lower tribunal for further proceedings.

LEWIS, WETHERELL, and JAY, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Bernardo Ochoa, pro se, Appellant.

Ashley Moody, Attorney General, and Damaris E. Reynolds, Assistant Attorney General, Tallahassee, for Appellee.